JANET M. HEROLD, Regional Solicitor
MARC PILOTIN, Counsel for Wage and Hour Litigation
CHARLES SONG, Senior Trial Attorney
California State Bar Number 204497
VERONICA MELENDEZ, Trial Attorney
California State Bar Number 294106
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-2716
Fax: (415) 625-7772
melendez.veronica@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| **R. Alexander Acosta**, Secretary of Labor, United States Department of Labor, | Case No.: |
| Plaintiff, | |
| v. | **COMPLAINT** |
| **Agro Cargo, LLC; Jose Carlos Gomez d/b/a Union Harvest**; and **Christian Gomez Bueno,** | |
| Defendants. | |

COMPLAINT                                                                                                          PAGE 1

Plaintiff R. Alexander Acosta, United States Secretary of Labor alleges as follows:

## JURISDICTION & VENUE

1. This Court has jurisdiction under section 502(a) of the Migrant and Seasonal Worker Protection Act (MSPA), 29 U.S.C. § 1852(a); 8 U.S.C. § 1188(g)(2) of Immigration and Reform Control Act of 1986 (IRCA) and 29 C.F.R. §§ 501.16(b); and 28 U.S.C. § 1331 (federal question).

2. Venue is proper under 28 U.S.C. § 1391 as all Defendants reside in this District and a substantial part of the events or omissions giving rise to the claim occurred in this District, specifically in Yuma county.

## PARTIES

3. R. Alexander Acosta is the Secretary of Labor, United Department of Labor.

4. Defendant Agro Cargo LLC is an Arizona Limited Liability Company with an office and place of business at 17614 S. Ave 1 ½ E, Yuma, Arizona 85365, where it operates as a farm labor contractor (FLC). Agro Cargo performs, and at all material times performed, FLC activities, including recruiting, soliciting, hiring, employing, furnishing, and transporting migrant and seasonal agricultural workers, and as such is an FLC under MSPA § 3(7), 29 U.S.C. §1802(7). In addition, at all material times, Agro Cargo has been an "H-2A Labor Contractor" within the meaning of the H-2A implementing regulations at 20 C.F.R. § 655.103 in that Agro Cargo recruits, hires, furnishes, houses, transports, and employs H-2A workers for growers.

5. Defendant Jose Carlos Gomez d/b/a Union Harvest, a sole proprietorship and an individual, at all material times performed FLC activities, including recruiting, soliciting, hiring, employing, furnishing, and transporting migrant and seasonal agricultural workers, and as such is an FLC under MSPA § 3(7), 29 U.S.C. § 1802(7). In addition, on information and belief, at all material times, Gomez has been an "employer" within the meaning if the H-2A implementing regulations at 20 C.F.R. § 655.103.

6. Defendant Christian Gomez Bueno, an individual, is the owner of Agro Cargo LLC and resident of Yuma, Arizona. Gomez Bueno at all material times performed, and continues to perform, FLC activities, including recruiting, soliciting, hiring, employing, furnishing, and transporting migrant and seasonal agricultural workers, and as such is an FLC under MSPA § 3(7), 29 U.S.C. § 1802(7). In addition, on information and belief, at all material times, Gomez Bueno has been an "employer" within the meaning if the H-2A implementing regulations at 20 C.F.R. § 655.103.

### DEFENDANTS WERE EMPLOYERS OF AGRO CARGO'S EMPLOYEES

7. At least from September 1, 2017 to April 15, 2018, Defendant Gomez visited the fields in which Agro Cargo's employees performed their duties.

8. At least from September 1, 2017 to April 15, 2018, Defendant Gomez controlled Agro Cargo's operation, he negotiated contracts for FLC services with growers.

9. At least from September 1, 2017 to April 15, 2018, Defendant Gomez supervised Agro Cargo's employees.

10. At least from September 1, 2017 to April 15, 2018, Defendants Gomez and Gomez Bueno were employers of Agro Cargo's employees.

### DEFENDANTS VIOLATED MSPA

11. Defendants violated MSPA §§ 202(a) and 302(a), 29 U.S.C. §§ 1822(a) and 1832(a), and 29 C.F.R. § 500.81, and 29 C.F.R. § 500.81, by failing to pay all wages when due.

12. Defendants violated MSPA §§ 201(d) and 301(c), 29 U.S.C. §§ 1821(d) and 1831(c), by failing to make, keep or maintain all time and pay records, including pre- and post-shift work.

13. Defendants violated MSPA § 401(b)(1)(A)-(C), 29 U.S.C. §§ 1841(b)(1)(A)-(C), by failing to provide safe transportation, as one of the fire extinguishers in a vehicle used to transport workers had expired.

14. Defendants violated MSPA § 101, 29 U.S.C. § 1811, and 29 C.F.R. §§ 500.40, 500.41(a), by failing to require all persons engaging in farm labor contracting activities on their behalf to obtain a Farm Labor Contractor Employee Certificate of Registration authorizing such person to engage in those FLC activities.

15. Defendants violated MSPA § 103, 29 U.S.C. § 1813, and 29 C.F.R. §§ 500.51(a)-(b), (d)-(e), by knowingly misrepresenting a material fact such as the real party in interest when applying for a Farm Labor Contractor certificate of registration and failing to comply with a final order from the Secretary.

**DEFENDANTS VIOLATED THEIR OBLIGATIONS AS H-2A EMPLOYERS**

16. Defendants violated their obligations under 20 C.F.R. § 655.122(h)(4) by failing to provide safe transportation in that their vehicles failed to have functional equipment and emergency devices.

17. Defendants violated their obligations under 20 C.F.R. § 655.122(j) by failing to pay H-2A employees at least three-fourths of the workdays of the total period beginning with the worker's first day of work and ending on the expiration date of the work contract.

18. Defendants violated their obligations under 20 C.F.R. § 655.122(j)(1) and § 655.122(j)(3) by failing to record all hours worked offered to each H-2A employee and the reason H-2A employee(s) worked less hours than the hours offered in the job order.

19. Defendants violated their obligations under 20 C.F.R. §655.122(k) by failing to pay its H-2A employees for all worked, including any pre and post-shift work.

20. Defendants violated their obligations under 20 C.F.R. §655.121(a)(3) by failing to include all of the employment terms and working conditions on the job order.

## PRAYER FOR RELIEF

WHEREFORE, causing having shown, the Secretary prays for a Judgment against Defendants as follows:

(1) For an Order under § 502 of MSPA, 29 U.S.C. § 1852, permanently enjoining Defendant Jose Carlos Gomez from operating as a Farm Labor Contractor or providing Farm Labor Contractor services, either directly or indirectly. The Secretary also prays that such order permanently enjoins and restrains Defendant Gomez from applying for a Farm Labor Contractor Employee Certificate to perform the following activities: recruiting, transporting, driving, housing, soliciting, or furnishing employees for any Farm Labor Contractor.

(2) For an Order under § 502 of MSPA, 29 U.S.C. § 1852, permanently enjoining and restraining all Defendants and their officers, agents, servants and employees, and those person in active concert or participation with them, from prospectively violating MSPA sections 101, 103, 201, 202, 301, 302, 401, 402, 29 U.S.C. §§ 1811, 1813, 1821, 1822, 1831, 1832, and 1841;

(3) For an Order permanently enjoining and restraining Defendants, their officers, agents, servants, and employees, and those persons in active concert or participation with them, from prospectively violations the provisions of 8 U.S.C. § 1188 and the implementing regulations at 20 C.F.R. Part 655;

(4) For an order to recover the wages due to MSPA and H-2A workers listed on Exhibit A to the Complaint who were not paid in accordance with MSPA and H-2A program.

(5) Awarding the Secretary his cost for this action;

(6) Granting the Secretary such other and further legal and equitable relief as may be necessary and appropriate.

Dated: 4/26/2019                                            KATE S. O'SCANNLAIN

Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

MARC PILOTIN
Counsel for Wage and Hour Litigation

CHARLES SONG
Senior Trial Attorney

*/s/ Veronica Melendez*
VERONICA MELENDEZ
Trial Attorney

Attorneys for Plaintiff, U.S. Secretary of Labor

# EXHIBIT A

|  | First Name | Last Name |
|---|---|---|
| 1. | Abel | Armenta |
| 2. | Abel | Camacho Espinoza |
| 3. | Abel | Ramos Cueller |
| 4. | Adauco | Vidrio |
| 5. | Adolfo | Caldera |
| 6. | Agustin | Aguilar |
| 7. | Agustin Jaime | Leyva Favela |
| 8. | Alan Cristino | Leyva Espinoza |
| 9. | Alexia | Nunez Guerrera |
| 10. | Alfredo | Beltran |
| 11. | Ambrocio | Quevedo |
| 12. | Andres | Orozco |
| 13. | Andres G | Medina |
| 14. | Anselma | Americano |
| 15. | Antonio | Leon Ferreira |
| 16. | Araceli | Fonseca Montez |
| 17. | Arnulfo | Tovar Picos |
| 18. | Aurelio | Solis |
| 19. | Benito | Rosales |
| 20. | Benjamin | Rios |
| 21. | Blanca Eva | Perez-Quintero |
| 22. | Brenda | Herrera |
| 23. | Briselda | Arvizu |
| 24. | Carlos | Ibarra Marquez |
| 25. | Carlos E. | Mazon |
| 26. | Carlos | Mendoza |
| 27. | Carlos | Palomera |
| 28. | Carlos | Soto Servin |
| 29. | Carmen | Garcia |
| 30. | Carmen P. | Herrera |
| 31. | Carolina | Tapia Mireles |
| 32. | Casimiro | Avellaneda |
| 33. | Celia | Juarez |
| 34. | Cesar | Velasco |
| 35. | Christian | Trujillo |
| 36. | Cornelio | Munoz |
| 37. | Daena | Mazon |

| 38. | Daniel | Lopez |
|---|---|---|
| 39. | Denise | Garcia |
| 40. | Edith | Silva |
| 41. | Elizabeth | Robles |
| 42. | Elvira | Corza |
| 43. | Elvira | Erenas |
| 44. | Elvira Patricia | Montes Vizcarra |
| 45. | Emilio | Renteria |
| 46. | Erendira | Espinoza |
| 47. | Erika L | Marquez Andrade |
| 48. | Ernesto | Morales Garcia |
| 49. | Esau | Cisneros Marquez |
| 50. | Evangelina | Bello |
| 51. | Evangelina | Munoz Herrera |
| 52. | Fernando | Lona |
| 53. | Fernando | Nunez |
| 54. | Fernando | Ruiz |
| 55. | Fernando | Ulloa Meza |
| 56. | Fernando | Valenzuela Mendoza |
| 57. | Fernando Arath | Lopez Rivera |
| 58. | Filiberto | Morales Garcia |
| 59. | Florentina | Ventura |
| 60. | Francisca | Olivas |
| 61. | Francisco | Espinosa |
| 62. | Francisco | Lopez |
| 63. | Gabriel | Baeza |
| 64. | Gerardo | Bravo Lozano |
| 65. | Gilberto | Canizalez J |
| 66. | Gilberto Esteban | Valle Florez |
| 67. | Gloria M | Garcia |
| 68. | Gregorio A | Tornero Alonso |
| 69. | Gregorio B | Tornero Barajas |
| 70. | Gustavo | Maldonado |
| 71. | Gustavo | Mondaca |
| 72. | Hector | Fierro |
| 73. | Heraclio | Lagarda Lagarda |
| 74. | Heriberto | Hernandez |
| 75. | Heriberto | Ramos Cueller |
| 76. | Hermelinda | Armenta |
| 77. | Herminia | Acosta |

| | | |
|---|---|---|
| 78. | Ignacio | Venegas |
| 79. | Jaime | Flores Cruz |
| 80. | Janet | Oropeza |
| 81. | Javier | Valenzuela |
| 82. | Jazmin | Nunez |
| 83. | Jehu | Gutierrez |
| 84. | Jesus | Bello |
| 85. | Jesus | Garcia |
| 86. | Jesus | Pantola |
| 87. | Jesus | Paredes |
| 88. | Jesus | Tamayo |
| 89. | Jesus | Vega |
| 90. | Jesus Alberto | Duron Sepulveda |
| 91. | Jesus Germain | Cabada Mercado |
| 92. | Jesus Manuel | Castro Rubio |
| 93. | Jesus Ramon | Nieblas Castro |
| 94. | Jonathan Saul | Cisneros |
| 95. | Jorge | Arreola |
| 96. | Jorge A | Gutierrez |
| 97. | Jorge Alberto | Tinajero Medina |
| 98. | Jose | Haro |
| 99. | Jose A. | Hernandez |
| 100. | Jose A. | Torres |
| 101. | Jose Alejandro | Pena Vallejo |
| 102. | Jose Alfredo | Lopez |
| 103. | Jose Alonso | Cordero |
| 104. | Jose E. | Salazar |
| 105. | Jose Gustavo | Moreno Ramirez |
| 106. | Jose Isidro | Garcia Ramirez |
| 107. | Jose L. | Navarro |
| 108. | Jose Luis | Espinosa |
| 109. | Jose S. | Garcia |
| 110. | Jose Samuel | Hernandez |
| 111. | Josefina | Sanchez |
| 112. | Juan | Barajas |
| 113. | Juan | Castro |
| 114. | Juan | Mendoza |
| 115. | Juan | Nido |
| 116. | Juan | Perez |
| 117. | Juan | Ramirez |
| 118. | Juan | Silva |

| | | |
|---|---|---|
| 119. | Juan Jose | Gonzalez Alcala |
| 120. | Juan Manuel | Martinez Juarez |
| 121. | Juana | Galvez |
| 122. | Julio | Amenta |
| 123. | Julio Cesar | Marquez |
| 124. | Karla | Figueroa |
| 125. | Karla Vianey | Lopez Mendoza |
| 126. | Kenya | Figueroa |
| 127. | Laura E | Mirenda |
| 128. | Leonardo | Leyva Renteria |
| 129. | Leonardo Daniel | Leyva Rubio |
| 130. | Leonel | Mendoza |
| 131. | Lesly | Marquez |
| 132. | Linda | Sanchez |
| 133. | Lizeth | Olguin |
| 134. | Lorenzo | Coronado |
| 135. | Lucero A | Rojo Oropeza |
| 136. | Luis | Rodriguez |
| 137. | Luis Angel | Inzunza |
| 138. | Luis Armando | Leyva Alvarado |
| 139. | Luis Fernando | Palomera Quintero |
| 140. | Luz | Lopez |
| 141. | Manuel | Lopez |
| 142. | Manuel A. | Nunez |
| 143. | Manuel Eden | Garcia Elenes |
| 144. | Marco | Nieto |
| 145. | Marcos Antonio | Ahumada Obeso |
| 146. | Margarita | Linares |
| 147. | Margarita | Osorio Sierra |
| 148. | Maria | Lopez |
| 149. | Maria | Maldonado |
| 150. | Maria | Ramirez |
| 151. | Maria | Robledo |
| 152. | Maria Azucena | Lopez Rivera |
| 153. | Maria D | Camargo |
| 154. | Maria E | Salazar |
| 155. | Maria Estella | Macias |
| 156. | Maria G | Garcia |
| 157. | Maria G. | Herrera |
| 158. | Maria I. | Raymundo |

| | | |
|---|---|---|
| 159. | Maribel | Andrade |
| 160. | Mario Jesus | Lugo Morgan |
| 161. | Marisela | Rosales |
| 162. | Marisela | Rosales Olmos |
| 163. | Maritza | Guevara |
| 164. | Martha | Beltran |
| 165. | Martin | Lopez |
| 166. | Martin | Quintero Carrillo |
| 167. | Melissa | Arvizu |
| 168. | Miguel | Camacho |
| 169. | Miguel | Ramirez Ortiz |
| 170. | Miguel | Vazquez |
| 171. | Mirna | Morales |
| 172. | Moteo | Herrera |
| 173. | Niczael | Lopez Rochin |
| 174. | Noelia | Negron |
| 175. | Olberto | Prieto |
| 176. | Omar | Medina |
| 177. | Osbaldo | Anchondo |
| 178. | Osbaldo Abel | Leyva Renteria |
| 179. | Oswaldo | Munoz Salcido |
| 180. | Pedro | Nolasco |
| 181. | Pedro | Vela |
| 182. | Ramiro | Aguilar |
| 183. | Ramon | Felix |
| 184. | Ramona | Cano |
| 185. | Raul | Urias |
| 186. | Raymundo | Gallegos |
| 187. | Rene | Gaxiola Huerta |
| 188. | Rey David | Quintero |
| 189. | Reyna | Cortes |
| 190. | Reyna | Hernandez |
| 191. | Ricardo | Tornero Barajas |
| 192. | Rita | Martinez |
| 193. | Rita | Sanchez |
| 194. | Roberto | Bello Salazar |
| 195. | Rodolfo | Tornero Barajas |
| 196. | Rosa | Fuentes |
| 197. | Rosa | Hernandez |
| 198. | Rosa E | Chavez |
| 199. | Rosario | Morales Garcia |

| | | |
|---|---|---|
| 200. | Salvador | Ibarra |
| 201. | Samuel Roberto | Ramos Herrera |
| 202. | Santigao | Zavala |
| 203. | Santos | Lopez |
| 204. | Sara | Robledo |
| 205. | Saul | Cisneros |
| 206. | Sergio | Ruelas Robles |
| 207. | Silvia | Rios |
| 208. | Stephanie | Garcia |
| 209. | Trinidad | Leyva Renteria |
| 210. | Veronica | Cordova |
| 211. | Victor Manuel | Cano Baltazar |
| 212. | Yolanda | Martinez H |
| 213. | Yolanda | Rico |
| 214. | Yvonne | Reyes |
| 215. | Zaida Gabriela | Rochin Beltran |