JANET M. HEROLD, Regional Solicitor
MARC PILOTIN, Counsel for Wage and Hour Litigation
CHARLES SONG, Senior Trial Attorney
California State Bar Number 204497
VERONICA MELENDEZ, Trial Attorney
California State Bar Number 294106
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-2716
Fax: (415) 625-7772
melendez.veronica@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| **R. Alexander Acosta**, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **Agro Cargo, LLC; Jose Carlos Gomez d/b/a Union Harvest**; and **Christian Gomez Bueno,** <br><br> Defendants. | Case No.: 2:19-CV-02670-PHX-SMB <br><br> **STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT BETWEEN SECRETARY OF LABOR AND DEFENDANTS** |

IT IS HEREBY STIPULATED, by and between, Plaintiff R. Alexander Acosta, United States Secretary of Labor, and Defendants Agro Cargo, LLC, Jose Carlos Gomez d/b/a Union Harvest, and Christian Gomez Bueno that the parties agree to the terms of the attached Consent Judgment as a full and final settlement of this action. The parties

thus respectfully move the Court to enter the parties' consent judgment, attached hereto as Exhibit A.

| | |
|---|---|
| Dated: | Dated: 4/29/2019 |
| | |
| | KATE S. O'SCANNLAIN |
| _____ | Solicitor of Labor |
| CHRISTIAN GOMEZ BUENO | |
| *On behalf of himself, individually* | JANET M. HEROLD |
| | Regional Solicitor |
| | |
| | MARC PILOTIN |
| Dated: | Counsel for Wage and Hour Litigation |
| | |
| | CHARLES SONG |
| _____ | Senior Trial Attorney |
| CHRISTIAN GOMEZ BUENO, | |
| *On behalf of Agro Cargo, LLC.* | By: */s/ Veronica Melendez* |
| | Verónica Meléndez |
| | Trial Attorney |
| Dated: | |
| | Attorneys for Plaintiff, U.S. Secretary of Labor |
| _____ | |
| JOSE CARLOS GOMEZ, | |
| *On behalf of himself, individually, and Union Harvest* | |

thus respectfully move the Court to enter the parties' consent judgment, attached hereto as Exhibit A.

Dated: 4/26/2019

_____
CHRISTIAN GOMEZ BUENO
*On behalf of himself, individually*

Dated: 4/26/2019

_____
CHRISTIAN GOMEZ BUENO,
*On behalf of Agro Cargo, LLC.*

Dated: 4/26/19

_____
JOSE CARLOS GOMEZ,
*On behalf of himself, individually, and Union Harvest*

Dated:

KATE S. O'SCANNLAIN
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

MARC PILOTIN
Counsel for Wage and Hour Litigation

CHARLES SONG
Senior Trial Attorney

By: _____
Verónica Meléndez
Trial Attorney

Attorneys for Plaintiff, U.S. Secretary of Labor

STIP. RE CONSENT JUDGMENT BETWEEN SEC'Y & DEFENDANTS                         PAGE 2